UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ALAN STEIN, | |
|---|---|
| Plaintiff, | Case No. 15-cv-03510-JST |
| v. | **SCHEDULING ORDER** |
| UNITED STATES DEPARTMENT OF COMMERCE, | |
| Defendant. | |

Pursuant to the request of the parties, ECF No. 28, the Court hereby modifies the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Defendant's summary judgment motion (not to exceed 25 pages) | June 27, 2016 |
| Plaintiff's combined opposition and cross-motion for summary judgment (not to exceed 25 pages) | July 27, 2016 |
| Defendant's combined reply and opposition (not to exceed 20 pages) | August 29, 2016 |
| Plaintiff's reply (not to exceed 20 pages) | September 19, 2016 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

/ / /

/ / /

/ / /

1    All other dates, including the Case Management Conference scheduled for April 20, 2016,
2 are VACATED.  Because the parties anticipate that the case will be resolved by motion, the Court
3 will forebear setting a trial date at this time.
4    IT IS SO ORDERED.
5 Dated: April 19, 2016

_____
JON S. TIGAR
United States District Judge