United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALAN STEIN,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF COMMERCE,

    Defendant.

Case No. 15-cv-03510-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 37

    The parties have filed a stipulation of dismissal dated July 22, 2016. ECF No. 37. Because the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with prejudice. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: July 25, 2016

_____
JON S. TIGAR
United States District Judge